1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   DANIEL TALBERT
4  Special Assistant United States Attorney
   160 Spear Street, Suite 800
5  San Francisco, California 94105
   Telephone: (415) 977-8926
6  Facsimile: (415) 744-0134
   E-Mail: Daniel.Talbert@ssa.gov
7
   Attorneys For Defendant
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| WYNDEL WORTHEN-SMITH, | Case No.: 1:12-cv-00273-AWI-GSA |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between Plaintiff Wyndel Worthen-Smith (Plaintiff) and Defendant Michael J. Astrue, Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to respond to Plaintiff's opening brief.  Defendant requires additional time to properly assess the issues Plaintiff has raised in her brief.  The current due date is November 8, 2012.  The new due date will be December 8, 2012.  This is the first extension of time sought by the parties.

   / / /

STIP. & [PROPOSED] ORDER RE: EXTENSION OF TIME        (CASE NO. 1:12-cv-00273-AWI-GSA)

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 5, 2012                SENGTHIENE BOSAVANH

By: /s/ *Sengthiene Bosavanh*
SENGTHIENE BOSAVANH
(As authorized by email on October 27, 2012 and November 5, 2012)
Attorneys for Plaintiff

Dated: November 5, 2012                BENJAMIN B. WAGNER
United States Attorney

By: /s/ Daniel Talbert
DANIEL TALBERT
Special Assistant U. S. Attorney
Attorneys for Defendant

## **ORDER**

IT IS SO ORDERED.

Dated:   **November 6, 2012**            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE